DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

M.D.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-3681

_____

March 27, 2024

Appeal from the Circuit Court for Hillsborough County; Kim Brennan, Judge.

Howard L. Dimmig, II, Public Defender, and Lisa B. Lott, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Laura Dempsey, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

 Affirmed.

BLACK, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.